IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOSTER,** <br><br>      **Plaintiff,** <br>  v. <br><br> **DENENBERG, et al.** <br>      **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 13-cv-4478** |

# ORDER

**AND NOW**, this 8th day of April, 2014, after consideration of Defendants' Motion to Dismiss (ECF 12) and all related briefing, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

              BY THE COURT:

              /s/ Michael M. Baylson

              **Michael M. Baylson, U.S.D.J.**

O:\CAITLIN\CIVIL\13-4478 (FOSTER)\2014.3.18 MTD ORDER.DOCX